O

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LUIS YSLAS,<br><br>    Petitioner,<br><br>  v.<br><br>G. D. LEWIS (Warden),<br><br>    Respondent. | No. CV 12-10222-JGB (SH)<br><br>JUDGMENT |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 30, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1